# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

162596(55)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL DEAN DUPRE,
     Defendant-Appellant.

_____/

SC: 162596
COA: 350386
Kent CC: 18-007432-FH

On order of the Chief Justice, the joint motion of the National College for DUI Defense and the Criminal Defense Attorneys of Michigan to file a brief amicus curiae within 28 days of this order and to waive the fee is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk